UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR213-V |
| | ) | |
| vs. | ) | **ORDER ALLOWING AMENDED** |
| | ) | **BILL OF INDICTMENT** |
| JULIO CESAR ROMERO-ROJEL | ) | |
| a/k/a MARCOS AGUILAR-TORRES | ) | |
| | ) | |

Based upon the Government's Motion to Amend Indictment, and because the matters sought to be amended are merely ministerial in nature and would cause no surprise or prejudice to the defendant, the Court hereby allows the government to amend the Bill of Indictment in this case.

SO ORDERED this 28th day of July, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE